[No. 12217-1-II. Division Two. July 26, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. ALFREDO
M. MADAYAG, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 87–1–00171–5, James I. Maddock, J., entered August 2, 1988. *Dismissed* by unpublished per curiam opinion.